LITTLER MENDELSON, P.C.
MARLENE S. MURACO, Bar No. 154240
ADAM JOSHUA FISS, Bar No. 211799
mmuraco@littler.com
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686

ULIANA KOZEYCHUK, Bar No. 258984
ukozeychuk@littler.com
Littler Mendelson, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
Telephone: 949.705.3000
Facsimile: 949.724.1201

Attorneys for Defendants TEXAS DE BRAZIL (FRESNO) CORPORATION; TEXAS DE BRAZIL (CARLSBAD) CORPORATION; TEXAS DE BRAZIL (CONCORD) CORPORATION; TEXAS DE BRAZIL (IRVINE) CORPORATION; TEXAS DE BRAZIL (OXNARD) CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY CHAVEZ, on behalf of herself, and all others similarly situated,,<br><br>Plaintiff(s),<br><br>v.<br><br>TEXAS DE BRAZIL (FRESNO) CORPORATION, a California corporation; TEXAS DE BRAZIL (CARLSBAD) CORPORATION, a California corporation; TEXAS DE BRAZIL (CONCORD) CORPORATION, a California corporation; TEXAS DE BRAZIL (IRVINE) CORPORATION, a California corporation; TEXAS DE BRAZIL (OXNARD) CORPORATION, a California corporation; and DOES 1 through 50, inclusive, | Case No. 1:19-cv-00502-AWI-BAM<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE DEADLINE OF JULY 16, 2019, SET FORTH IN THE COURT'S ORDER [ECF 3]** |

Defendant(s).

## **ORDER**

On July 8, 2019, the parties filed a stipulation to continue the Mandatory Scheduling Conference approximately 120 days from service of an anticipated Second Amended Complaint. The Court, having considered the Parties' Joint Stipulation for the Continuance of the July 16, 2019, Mandatory Scheduling Conference Date, finds that good cause exists to continue the date no more than 90 days from the date of the instant request. The Mandatory Scheduling Conference is therefore continued to **October 8, 2019, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The Mandatory Scheduling Conference Order [ECF 3] is hereby modified accordingly.

IT IS SO ORDERED.

Dated: **July 9, 2019**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150